

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| 141 Church Street | 450 Main Street | 915 Lafayette Blvd |
|---|---|---|
| New Haven, CT 06510 | Hartford, CT 06103 | Bridgeport, CT 06604 |
| (203) 773-2140 | (860) 240-3200 | (203) 579-5861 |

## NOTICE TO COUNSEL AND SELF-REPRESENTED PARTIES

The attached case has been assigned to **District Judge Sarah F. Russell**, who sits in **New Haven.** Pursuant to Local Rule 3 any pleading or other document to be filed in paper form shall be filed at the seat of Court where the presiding Judge sits.

Counsel and Self-Represented Parties are required to become familiar with and abide by the Federal Rules of Civil Procedure, the Local Rules of Civil Procedure for the District of Connecticut, and Standing Orders regarding scheduling in civil cases and the filing of trial memoranda.

Counsel and Self-Represented Parties are alerted to the requirements of Fed. R. Civ. P. 26(f) and Local Civil Rule 26, which require that the parties conduct a case management planning conference and prepare and file a report of the conference on Form 26(f) which appears in the Appendix to the Local Rules

Counsel and Self-Represented Parties are hereby notified that failure to file and serve a memorandum in opposition to a motion, within 21 days after the motion is filed, may be deemed sufficient cause to grant the motion. Failure to file and serve a memorandum in opposition to a motion to dismiss within 21 days after the motion is filed may be deemed sufficient cause to grant the motion, except where the pleadings provide sufficient grounds to deny the motion. See D. Conn. L. Civ. R. 7(a)2.

Counsel and Self-Represented Parties are further notified that they are required to comply with requirements relating to Motions for Summary Judgment as set forth in Fed. R. Civ. P. 56 and D. Conn. L. Civ. R. 56.

Counsel and Self-Represented Parties are further advised that they may request a referral of their case to a United States Magistrate Judge for disposition. See 28 U.S.C. 636 and Rule 73 of the Local Rules for United States Magistrate Judges.

Dinah Milton Kinney, Clerk

Rev. 5/20/25



## ORDER RE: DISCLOSURE STATEMENT

(Amended December 19, 2022)

Any non-governmental corporate party to an action in this court, or any non-governmental party who seeks to intervene, shall file a statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock. A party shall file the statement with its initial pleading filed in the court and shall supplement the statement within a reasonable time of any change in the information.

### Citizenship of Parties in Diversity Cases

Parties or intervenors in a diversity case: in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. In addition to the information set forth above (if applicable), the statement must name and identify the citizenship of every party. If any party is a partnership, limited liability partnership, limited liability company, or other unincorporated association, the statement must provide citizenship information about that party's members. If any party is a corporation, the statement must provide that party's state or other jurisdiction of incorporation and its principal place of business. The statement shall be filed when the action is filed in or removed to federal court and when any party is added to the action, or when another later event occurs that could affect the court's jurisdiction under § 1332(a).

Counsel for plaintiff(s) or removing defendant(s) shall be responsible for serving a copy of this order upon all parties to the action.